Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 3:21-cv-2303 |
| v. | ) |
| | ) Judge James R. Knepp II |
| **HIGBEE WEST MAIN, LP,** an Delaware limited partnership | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and with each party to bear its own costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Date: August 1, 2022

Respectfully Submitted,

/s/ Owen B, Dunn, Jr.
Owen B. Dunn Jr. (0074743)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Avenue, Suite 222
Toledo, OH 43615
Phone: (419) 241-9661
Fax: (419) 241-9737
Email: dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff, Leland Foster*

/s/ Steven Duke
Steven Duke
Assistant General Counsel
Dillard's, Inc.
1600 Cantrell Rd.
Little Rock, AR 72201
501-399-7434 (phone)
501-210-9581 (fax) E-mail:
steven.duke@dillards.com
*Counsel for Defendant Higbee West Main, LP*